# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02270-BNB,

JENNIFER D. HARRIS,

    Applicant

v.

EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS,
    and
WARDEN OF THE DENVER WOMEN'S CORRECTIONAL FACILITY,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, Jennifer D. Harris, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Women's Correctional Facility in Denver, Colorado. Applicant has submitted a Motion for Equitable Tolling asking that the state exhaustion requirement be waived so that she may filed a 28 U.S.C. § 2254 action in this Court.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if she wishes to pursue her claims. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>    is not submitted
(2)   <u>  </u>    is missing affidavit
(3)   <u>  </u>    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   <u>X</u>    is missing certified statement showing **current balance** in prison account as of the date this action was filed on August 23, 2013
(5)   <u>  </u>    is missing required financial information
(6)   <u>  </u>    is missing an original signature by the prisoner
(7)   <u>  </u>    is not on proper form (must use the Court's current form used in filing habeas actions)
(8)   <u>  </u>    names in caption do not match names in caption of complaint, petition or habeas application
(9)   <u>  </u>    An original and a copy have not been received by the court. Only an original has been received.
(10)   <u>  </u>    other:

**Complaint, Petition or Application**:
(11)   <u>X</u>    is not submitted
(12)   <u>  </u>    is not on proper form (must use the Court's current form)
(13)   <u>  </u>    is missing an original signature by the prisoner
(14)   <u>  </u>    is missing page nos. <u>  </u>
(15)   <u>  </u>    uses et al. instead of listing all parties in caption
(16)   <u>  </u>    An original and a copy have not been received by the court. Only an original has been received.
(17)   <u>  </u>    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   <u>  </u>    names in caption do not match names in text
(19)   <u>  </u>    other:

Accordingly, it is

      ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

      FURTHER ORDERED that Applicant shall obtain the Court-approved forms used in filing a 28 U.S.C. § 2254 application and a 28 U.S.C. § 1915 motion in a habeas action, if necessary, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED August 23, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge