IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02270-BNB

JENNIFER DIANE HARRIS,

    Applicant,

v.

RICK RAEMISCH, Executive Director of the Colorado Dep't of Corrections,
DONA K. ZAVISLAN, Warden of Denver Women's Correctional Facility, and
THE ATTORNEY GENERAL OF THE COLORADO DEPARTMENT OF
    CORRECTIONS,

    Respondents.

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

    Applicant has filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action will be granted. Accordingly, it is

    ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, ECF No. 5, is granted. It is

    FURTHER ORDERED that Motion to Admit Additional Exhibits, ECF No. 6, is granted. It is

    FURTHER ORDERED that the Motion for Equitable Tolling, ECF No. 1, is denied as moot.

    DATED September 11, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge