**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02270-BNB

JENNIFER DIANE HARRIS,

      Applicant,

v.

RICK RAEMISCH, Executive Director of the Colorado Dep't of Corrections,
DONA K. ZAVISLAN, Warden of Denver Women's Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Applicant filed a "Motion to Correct/Add Attachments to Reply," ECF No. 15. The Motion is GRANTED.

Dated: November 8, 2013